# United States Bankruptcy Court
## Eastern District of Louisiana

| | |
|---|---|
| DOUGLAS PAUL PERCLE<br>1014 CHOCTAW RD.<br>THIBODAUX LA 70301 | 17-13080<br>Chapter 13<br>Section A |

## TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

Pursuant to FRBP 3002.1(f), your trustee avers that the debtor has paid in full the amount required to cure any default on the claim detailed below. Furthermore, the holder of the claim is hereby informed that if the claim is secured by the debtor's principal residence, and provided for under 11 USC 1322(b)(5) in the debtor's plan, within 21 days after service of this notice, the holder of the claim shall file and serve on the debtor, debtor's counsel, and the trustee a statement indicating (1) whether it agrees that the debtor has paid in full the amount required to cure the default on the claim, and (2) whether the debtor is otherwise current on all payments consistent with 11 USC 1322(b)(5). The statement shall itemize the required cure or postpetition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).

```
BSI FINANCIAL SVCS INC          claim amount: $309,451.97
314 S FRANKLIN ST                  date filed: January 25, 2018
TITUSVILLE PA  16354                    class: DIRECT PAY
                                  acct number: 7851
```

Attorney for debtor:

R L LANDRENEAU JR
rll801@bellsouth.net

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

# United States Bankruptcy Court
## Eastern District of Louisiana

| | |
|---|---|
| DOUGLAS PAUL PERCLE<br>1014 CHOCTAW RD.<br>THIBODAUX LA  70301 | 17-13080<br>Chapter 13<br>Section A |

### CERTIFICATE OF SERVICE

I certify that the Trustee's Notice of Final Cure Payment was served by the court's electronic filing system upon the debtor's attorney, and by first class mail upon the debtor and the pertinent creditor, at the addresses listed below:

R L LANDRENEAU JR
rll801@bellsouth.net

DOUGLAS PAUL PERCLE
1014 CHOCTAW RD.
THIBODAUX LA  70301

BSI FINANCIAL SVCS INC
314 S FRANKLIN ST
TITUSVILLE PA  16354


08/13/2021           by:     /s/ Beverly Faulkenbery